IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICKEY C. WEBB,

   Plaintiff,

  vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

   Defendants.

Civil No. 03-15-AA

O R D E R

AIKEN, Judge:

  Plaintiff filed a motion for fees, costs and expenses pursuant to the Equal Access to Justice Act (EAJA) in the amount of $11,786.87. 28 U.S.C. § 2412(d)(1)(A). That motion (doc. 36 and 37) is DENIED. The Ninth Circuit Court of Appeals, however, found that the Commissioner's position was "substantially justified" in a June 13, 2006 Order. (Attached as Exhibit to Commissioner's Supplemental Response in Opposition to EAJA). That Order states in relevant part:

> Appellant's untimely motion is also without merit. The government's position had a reasonable basis in law and fact and was substantially justified in the sense required by EAJA.

Order, p. 1.

///

1 - ORDER

Pursuant to 28 U.S.C. § 2412(d)(1)(A), except as otherwise specifically provided by statute, a court shall award a prevailing party attorney fees and expenses unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust. The Ninth Circuit's Order referenced above binds this court and compels it to deny plaintiff's EAJA request. See <u>City of Los Angeles v. Santa Monica Baykeeper</u>, 254 F.3d 882, 889 (9th Cir. 2001)(explaining "law of the case" doctrine, district court bound to follow appellate court's decision as to issues previously decided explicitly or by implication in the same case).

IT IS SO ORDERED.

Dated this  16   day of July 2006.

                                            /s/ Ann Aiken
                                                  Ann Aiken
                                 United States District Judge

2 - ORDER